UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x
                                                                :

MYRNA LYNN LIEBER and MYRNA LYNN   :
LIEBER as Executor of the Estate of Stuart Kenneth
Lieber,                                               :

                        Plaintiffs,     :   Civil Action No. 20-cv-5944
      -against-

JPMORGAN CHASE & CO. d/b/a JPMORGAN
CHASE

                        Defendant.
-------------------------------------------------- x

## STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel, that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

| LAW OFFICE OF BRADLEY D. SCHNUR, ESQ., P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By _____ <br> Bradley D. Schnur <br> 400 Jericho Turnpike, Suite 226 <br> Jericho, New York 11753 | By _____ <br> Daniel Bernstein <br> 599 Lexington Avenue, 17th Floor <br> New York, New York 10022 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED:** _____

48940670.1